

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00742-CV

Katherine **POPP**,
Appellant

v.

Phillip **POPP,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-03685
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant Katherine Popp seeks to appeal the Mediated Settlement Agreement signed on October 12, 2017 in relation to the parties' divorce. The final divorce decree has not yet been signed by the trial court.

Appellate courts have jurisdiction over appeals from final judgments and appeals from certain designated interlocutory orders. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008) (designating appealable interlocutory orders).

Because the Mediated Settlement Agreement does not dispose of all pending claims in the underlying action, it does not appear to be an appealable order. *See Lehmann,* 39 S.W.3d at 200; *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988). It is therefore ORDERED that appellant show cause in writing within 15 days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court